Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio



# MEMORANDUM OPINION

Nos. 04-11-00333-CV & 04-11-00334-CV

The State of Texas for the Best Interest and Protection of **K.S.** as a Mentally Ill Person

From the Probate Court No. 1, Bexar County, Texas
Trial Court No. 2011-MH-1009 and 2011-MH-1080
Honorable Oscar J. Kazen, Judge Presiding

PER CURIAM

Sitting:       Karen Angelini, Justice
                Sandee Bryan Marion, Justice
                Phylis J. Speedlin, Justice

Delivered and Filed:  October 19, 2011

DISMISSED

Appellant has filed a motion to dismiss these consolidated appeals. The motion contains a certificate of service to appellee, which has not opposed the motion. Therefore, we grant the motion and dismiss these appeals. *See* TEX. R. APP. P. 42.1(a).

PER CURIAM